# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
aka/ U.S.A.
UNITED STATES OF AMERICA, INC,
a nonprofit Delaware Corporation,
amended and Incorporated on 4/19/89
file number 2193946;

Plaintiff;

v.

Angel Cruz, Individually,
Harry William Marrero, Individually;

Defendants,

_____/

CASE NO.: 6:08-cr-177-ORL-98DAB

NOTICE OF SPECIAL APPEARANCE;
CHALLENGE TO JURISDICTION

## AUTHORITIES

Know All Men By These Presents In Commerce, that in accord with, and in substantial compliance with Ancient Custom, Law, Statute, Rules, Regulations, Public Policy, and all other applicable International Treaties, including, but not limited to, the Uniform Commercial Code as adopted and enacted en toto; and the rules, regulations, bylaws, and Constitution of THE UNITED CITIES GROUP, INC., Please take notice that should a conflict arise between any of the above said authorities, the rules regulations, bylaws, and the Constitution of THE UNITED CITIES, GROUP, INC will control. The Party identified below hereby gives notice to all whom it may concern of the claims and demands made herein, and perform the following acts herewith, as follows, to wit:

## NOTICE OF SPECIAL APPEARANCE

U.S.A. vs. Cruz et.al.
Notice of Special Appearance; Challenge to Jurisdiction
Document No.: 010908-2
Page 1 of 3

Comes now Angel Cruz©, a Natural man, in commerce, and for himself and no others and Harry William Marrero©, a Natural man, in commerce, and for himself and no others; and which by way of this document hereby gives notice to all whom it may concern, that they hereby challenge the Indictment made against them by way of Special Appearance in the above entitled action, reserving all rights and admitting to no jurisdiction of any kind whatsoever, whomsoever, wheresoever. Please take notice that hereinafter, Angel Cruz© shall be referred to as Mr. Cruz; Please take notice that hereinafter, Harry William Marrero© shall be referred to as Mr. Marrero;

## CHALLENGE TO JURISDICTION

1) Mr. Cruz and Mr. Marrero do not agree that the Court and Plaintiff named in the above said action have jurisdiction and/or standing, as these terms have meaning in Law and Statute, in the instant matter because of the many material defects and omissions contained in the above said indictment used to bring the above entitled action to the attention of this court. Mr. Cruz and Mr. Marrero, based upon information and research into the subject matter of the above said action, believes that the acts of the Plaintiff and/or its Representatives as to the instant matter constitute acts of fraud and larceny against it. These material defects and omissions include, but are not limited to, the following, to wit:

a) The Plaintiff has mischaracterized and improperly represented its authority and its standing to bring this Indictment before this Court by way of the use of false and misleading statements made by the Plaintiff and/or the Representatives of the Plaintiff.

b) The Plaintiff has come before this court in violation of the unclean hands doctrine and in violation of the requirements of the Uniform Commercial Code as enacted.

c) The Plaintiff has purposely and knowingly misled, and continues to mislead this Court by way of the misrepresentation of the true facts and nature of its putative Indictment. The Plaintiff knows, or should have known, that the statements made by an attorney in the prosecution of a Indictment are not evidence as those terms have meaning in Law and Statute.

U.S.A. vs. Cruz et.al.
Notice of Special Appearance; Challenge to Jurisdiction
Document No.: 010908-2
Page 2 of 3

In support of this Challenge to Jurisdiction, Mr. Cruz refers the court to the following affidavits duly made and executed by, Mr. Angel Cruz©, a natural man, attached as Exhibit one and Exhibit 2 (related case no. 08-21917 Civil Gold/McAliley).

//

//

//

//

//

Wherefore, Mr. Cruz and Mr. Marrero, hereby demands of the Court that it hold in abeyance any further actions it may take in the instant matter until the issues of jurisdiction and standing have been dealt with on the record.

Respectfully submitted,

Angel Cruz©, UCC 1.308
The United Cities Group, Inc
as Authorized Representative,
147 Alhambra Circle, Suite 100
Coral Gables, Florida 33134

U.S.A. vs. Cruz et.al.
Notice of Special Appearance; Challenge to Jurisdiction
Document No.: 010908-2
Page 3 of 3

# Exhibit 1

# Affidavit

# of

# Angel Cruz

AFFIDAVIT OF ANGEL CRUZ©
IN SUPPORT OF THE JURISDICTIONAL CHALLENGE IN THE MATTER OF
UNITED STATES OF AMERICA VS. Angel Cruz, ET AL
CASE NO. 6:08-cr-177-ORL-98DAB

Comes now, Angel Cruz©, in commerce, and hereinafter referred to as the Affiant, a natural, flesh and blood man, competent and of lawful age. The Affiant does hereby make this affidavit freely; and with no intent to deceive, misinform, or mislead. The Affiant states further, that this affidavit is true, correct, and complete; and based upon the personal knowledge of the Affiant as to the facts as presented herein. The Affiant affirms and attests as follows:

1) That on or about August 6, 2008, an entity identifying itself as UNITED STATES OF AMERICA, filed an Action to enjoin Angel Cruz©, for the purpose of conspiracy to defraud the United States and Bank Fraud. The action was filed in the UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, by way of case number: 6:08-cr-177-ORL-98DAB.

2) That as to the above said Action and the various allegations within the counts contained in the above referenced Indictment, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

3) That as to the requirement of standing, as that term has meaning in Law and Statute in reference to the Plaintiff in the above referenced Indictment, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

4) That as to the statement made by the Plaintiff in the above referenced Complaint wherein the Plaintiff claims in paragraph one (1) that The Federal Deposit Insurance Corporation was an agency of the United States, established to protect depositors against substantial loss and thus to instill public confidence in the nation's banks and prevent bank collapse, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would  support the claims of the Plaintiff and/or the

U.S.A. vs. Cruz, et al.
Affidavit in Support of Jurisdictional Challenge
Document No.010908-3
Page 1 of 7

representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

5) That as to the statement made by the Plaintiff in the above referenced Complaint wherein the Plaintiff claims in paragraph two (2) that the Bank of America was a financial institution, the accounts and deposits of which were insured by the Federal Deposit Insurance Corporation, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

6) That as to the statement made by the Plaintiff in Count One of the above referenced Indictment wherein the Plaintiff claims in paragraph four (4) the defendants herein, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree with each other and others known and unknown to the Grand Jury to commit the following offenses against the United States, and to knowingly execute a scheme and artifice to defraud Bank of America, a federally insured financial institution, and to obtain, by means of false and fraudulent pretenses, representations and promises, the moneys, funds, assets and property owned by, and under the custody and control of, Bank of America, a federally insured financial institution, in violation of Title 18, United States Code, Section 1344, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

7) That as to the statement made by the Plaintiff in the above referenced Complaint wherein the Plaintiff claims in paragraph five (5) that it was a part of the conspiracy that ANGEL CRUZ, HARRY WILLIAM MARRERO engaged in a scheme by which ANGEL CRUZ manufactured false and fictitious drafts to be deposited by HARRY WILLIAM MARRERO and an unindicted coconspirator into a bank account that had been opened at Bank of America, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and

U.S.A. vs. Cruz, et al.
Affidavit in Support of Jurisdictional Challenge
Document No.010908-3
Page 2 of 7

enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

8) That as to the statement made by the Plaintiff in the above referenced Indictment wherein the Plaintiff claims in paragraph six (6) it was a further part of the conspiracy that ANGEL CRUZ used "The United Cities" ("TUC") to prepare the fictitious drafts that were to be deposited, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

9) That as to the statement made by the Plaintiff in the above referenced Indictment wherein the Plaintiff claims in paragraph seven (7) that it was a further part of the conspiracy that ANGEL CRUZ created a fictitious American Banking Association (ABA) routing number that was used on the TUC drafts for which ANGEL CRUZ was the maker and that were to be deposited, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

10) That as to the statement made by the Plaintiff in the above referenced Indictment wherein the Plaintiff claims in paragraph eight (8) that it was a further part of the conspiracy that HARRY WILLIAM MARRERO opened bank accounts at Bank of America in Orange County, Florida, in the name of "Orlando Escrow Services, Inc.," for the purpose of depositing the fictitious drafts, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

11) That as to the statement made by the Plaintiff in the above referenced Indictment wherein the Plaintiff claims in paragraph nine (9) that it was a further part of the conspiracy that HARRY WILLIAM MARRERO and an unindicted coconspirator deposited six of the fictitious drafts that had been prepared by ANGEL CRUZ into one of the bank accounts that had been opened at Bank of America, as those terms

U.S.A. vs. Cruz, et al.
Affidavit in Support of Jurisdictional Challenge
Document No.010908-3
Page 3 of 7

have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

12) That as to the statement made by the Plaintiff in the above referenced Indictment wherein the Plaintiff claims in paragraph ten (10) that it was a further part of the conspiracy that ANGEL CRUZ and HARRY WILLIAM MARRERO deposited the fictitious drafts, and caused them to be deposited, into the account at Bank of America to obtain money and funds from that federally insured financial institution, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

13) That as to the statement made by the Plaintiff in the above referenced Indictment wherein the Plaintiff claims in paragraph (11)(c) that on or about June 20, 2008, HARRY WILLIAM MARRERO presented to Bank of America located at 7605 Aloma Avenue, Winter Park, Florida, a fictitious draft for $8,530,137.00 as the initial deposit into the OES account, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

14) That as to the statement made by the Plaintiff in the above referenced Indictment wherein the Plaintiff claims in paragraph (11)(d) that on or about June 26, 2008, HARRY WILLIAM MARRERO made five (5) additional deposits of fictitious drafts into OES Account number *******1777 at the Bank of America, Downtown Orlando Banking Center Branch, located in Orlando, Florida, All in violation of Title 18, United States Code, Section 371, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and

U.S.A. vs. Cruz, et al.
Affidavit in Support of Jurisdictional Challenge
Document No.010908-3
Page 4 of 7

enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

15) That as to the statement made by the Plaintiff in the above referenced Indictment wherein the Plaintiff claims in paragraph thirteen (13) that ANGEL CRUZ AND HARRY WILLIAM MARRERO, the defendants herein, aiding and abetting each other, did knowingly execute and attempt to execute a scheme and artifice to defraud Bank of America and to obtain money, funds, and credits owned by and under the custody and control of Bank of America by means of false and fraudulent pretenses, representations, and promises, which scheme and artifice to defraud is described as follows, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

16) That as to the statement made by the Plaintiff in the above referenced Indictment wherein the Plaintiff claims in paragraph fourteen (14) that the substance of the scheme and artifice to defraud and its manner and means are set forth in paragraphs 5 through 10 of Count One of the Indictment, the allegations of which are repeated and realleged as if fully set forth herein, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

17) That as to the statement made by the Plaintiff in the above referenced Indictment wherein the Plaintiff claims in paragraph fifteen (15) that on or about the dates listed below, in Orange County, Florida, in the Middle District of Florida, ANGEL CRUZ, and HARRY WILLIAM MARRERO, the defendants herein, aiding and abetting each other, knowingly executed and attempted to execute the scheme and artifice to defraud Bank of America, as described above, by knowingly depositing false and fictitious drafts into an account controlled by the defendants at Bank of America, to wit, account number *******1777, when, as the defendants then and there well knew, the drafts were false and fictitious, all in violation of Title 18, United States Code, Sections 1344 and 2, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or

U.S.A. vs. Cruz, et al.
Affidavit in Support of Jurisdictional Challenge
Document No.010908-3
Page 5 of 7

the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

18) That as to the statement made by the Plaintiff in the above referenced Indictment under Forfeitures wherein the Plaintiff claims in paragraph one (1) that the allegations contained in Counts One through Seven of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(A), as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

19) That as to the statement made by the Plaintiff in the above referenced Indictment under Forfeitures wherein the Plaintiff claims in paragraph two (2) that from their engagement in the violations alleged in Counts One through Seven of this Indictment, punishable by imprisonment for more than one year, the defendants ANGEL CRUZ and HARRY WILLIAM MARRERO shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all right, title, and interest they have in any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violation of Title 18, United States Code, Section 1344, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

20) That as to the statement made by the Plaintiff in the above referenced Indictment under Forfeitures wherein the Plaintiff claims in paragraph three (3) that If any of the property described above, as a result of any act or omission of the defendants a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third part; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), as those terms have meaning in Law and

U.S.A. vs. Cruz, et al.
Affidavit in Support of Jurisdictional Challenge
Document No.010908-3
Page 6 of 7

Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

21) That as to the subject matter of this affidavit, the Affiant has nothing further to disclose at this time.

Pursuant the pains and penalties of perjury pursuant to the laws of the State of Florida, I do hereby execute this affidavit on this, the __12__ day of __September__, __2008__ A.D..

Angel Cruz©, UCC 1.308
as Authorized Representative,
The United Cities Group,Inc.
147 Alhambra Circle, Suite 100
Coral Gables, Florida 33134

# Jurat of the Notary Public

As evidenced and attested to by the attachment below and hereto of my signature and seal, the above named Affiant, who is personally known to me, and based upon the facts as presented therein, did freely autograph, affirm, attest, and execute this affidavit indicating it to be true, complete, and correct.

This document was executed as of the date and time indicated below.

__12ᵗʰ of September, 2008__
Date

_____ Signature /Seal of the Notary Public

__12/12/2010__

_____
Time
Date Commission expires



U.S.A. vs. Cruz, et al.
Affidavit in Support of Jurisdictional Challenge
Document No.010908-3
Page 7 of 7

# Exhibit 2

# Affidavit

# of

# Angel Cruz

**(related case no. 08-21917 Civil Gold/McAliley).**

CFN  2008R0585285
OR Bk 26482 Pgs 2259 - 2269; (11pgs
RECORDED 07/16/2008 16:26:51
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

**AFFIDAVIT OF ANGEL CRUZ©**
**IN SUPPORT OF THE JURISDICTIONAL CHALLENGE IN THE MATTER OF**
**BANK OF AMERICA VS. THE UNITED CITIES GROUP, INC., ET AL**

Comes now, Angel Cruz©, in commerce, and hereinafter referred to as the Affiant, a natural, flesh and blood man, competent and of lawful age. The Affiant does hereby make this affidavit freely; and with no intent to deceive, misinform, or mislead.  The Affiant states further, that this affidavit is true, correct, and complete; and based upon the personal knowledge of the Affiant as to the facts as presented herein.  The Affiant affirms and attests as follows:

1) That on or about July 8, 2008, an entity identifying itself as BANK OF AMERICA, N.A., filed an Action to enjoin THE UNITED CITIES GROUP, INC. for the purpose of preventing THE UNITED CITIES GROUP, INC. from engaging in collection activities against it.  The action was filed in the UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION by way of case number: 08-21917-CIV-GOLD.

2) That as to the above said Action and the various allegations within the counts contained in the above referenced Complaint, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

3) That as to the requirement of standing, as that term has meaning in Law and Statute in reference to the Plaintiff in the above referenced Complaint, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

4) That as to the statement made by the Plaintiff in the above referenced Complaint wherein the Plaintiff claims in paragraph one (1) that the court has original jurisdiction in this matter, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would  support the claims of the

Bank of America vs. TUC
Affidavit in Support of Jurisdictional Challenge
Document No.:160708-2
Page 1 of 5



Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

5) That as to the statement made by the Plaintiff in the above referenced Complaint wherein the Plaintiff claims in paragraph 2 that the Plaintiff is a national banking association formed pursuant to the National Banking Act, with its principal place of business in Charlotte, North Carolina, and that therefore it is a citizen of that State of North Carolina, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

6) That as to the statement made by the Plaintiff in the above referenced Complaint wherein the Plaintiff claims in paragraph 4 venue lies in this judicial district, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

7) That as to the statement made by the Plaintiff in the above referenced Complaint wherein the Plaintiff claims in paragraph 5 that THE UNITED CITIES GROUP, INC. is a radical anti-tax organization, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

8) That as to the statement made by the Plaintiff in the above referenced Complaint wherein the Plaintiff claims in paragraph 13 that the BANK OF AMERICA,N.A. processed the drafts and detected they were fraudulent, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence



Bank of America vs. TUC
Affidavit in Support of Jurisdictional Challenge
Document No.:160708-2
Page 2 of 5

that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

9) That as to the statement made by the Plaintiff in the above referenced Complaint wherein the Plaintiff claims in 14 that THE UNITED CITIES GROUP, INC. has engaged in various schemes as evidenced by the fact that both the United States Comptroller of the Currency and the Board of Govenors of the Federal Reserve System have issued Worthless Instrument alerts and fraud alerts regarding checks alledgedly drawn on TUC's Private Currency Office, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

10) That as to the statement made by the Plaintiff in the above referenced Complaint wherein the Plaintiff claims in paragraph 21 that Bank of America is in need of the protection of the court to prevent the illegal seizure of its property and to ensure the safety of its employees, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

11) That as to the statement made by the Plaintiff in the above referenced Complaint wherein the Plaintiff claims in paragraph 23 that TUC misrepresented to the BANK OF AMERICA that TUC's representatives were treasury officers and that TUC had obtained a valid and enforceable writ and/or judgment entitling TUC to seize or foreclose on BANK OF AMERICA branches and property, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.



Bank of America vs. TUC
Affidavit in Support of Jurisdictional Challenge
Document No.:160708-2
Page 3 of 5

12) That as to the statement made by the Plaintiff in the above referenced Complaint wherein the Plaintiff claims in paragraph 25 that TUC also misrepresented to the BANK OF AMERICA that the drafts presented for payment were legitimate drafts, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

13) That as to the statement made by the Plaintiff in the above referenced Complaint wherein the Plaintiff claims in paragraph 26 that TUC knew such representations were false and intended BANK OF AMERICA to rely on the misrepresentations to its detriment, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

14) That as to the statement made by the Plaintiff in the above referenced Complaint wherein the Plaintiff claims in paragraph 27 that BANK OF AMERICA did rely on the misrepresentation of TUC to its detriment, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

15) That as to the statement made by the Plaintiff in the above referenced Complaint wherein the Plaintiff claims in paragraph 27 that TUC intends to cause further harm to BANK OF AMERICA by its announced return to its branches on July 8, 2008 with its own armed private security officers for the purpose of seizing and foreclosing on BANK OF AMERICA property, including the entirety of bank branches, as those terms have meaning in Law and Statute, the Affiant has not seen, nor has the Affiant yet been presented by any Party hereto, with any Lawfully and/or Legally competent evidence that would tend to support the claims of the Plaintiff and/or the representatives of the Plaintiff, pursuant to, and as



Bank of America vs. TUC
Affidavit in Support of Jurisdictional Challenge
Document No.:160708-2
Page 4 of 5

required by, the Rules of Evidence enacted and enforced by the Judicial Branch of the United States; and as a result thereof, the Affiant believes that none exists.

16) That as to the subject matter of this affidavit, the Affiant has nothing further to disclose at this time.

Pursuant the pains and penalties of perjury pursuant to the laws of the State of Florida, I do hereby execute this affidavit on this, the ___16___ day of __July_____, __2i08__ A.D..

Angel Cruz©, UCC1.308
as Authorized Representative,
The United Cities Group, Inc.,
147 Alhambra Circle, Suite 100
Coral Gables, Florida 33134

# Jurat of the Notary Public

As evidenced and attested to by the attachment below and hereto of my signature and seal, the above named Affiant, who is personally known to me, and based upon the facts as presented therein, did freely autograph, affirm, attest, and execute this affidavit indicating it to be true, complete, and correct.

This document was executed as of the date and time indicated below.

___July 16·2008___
Date

___8 pm___
Time

_Angie Elaine Stuart_
Signature/Seal of the Notary Public

Date _____

Notary Public State of Florida
Angie Elaine Stuart
My Commission DD782718
Expires 07/08/2012

Expires 07/08/2012



Bank of America vs. TUC
Affidavit in Support of Jurisdictional Challenge
Document No.:160708-2
Page 5 of 5