# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
aka/ U.S.A.
UNITED STATES OF AMERICA, INC,
a nonprofit Delaware Corporation,
amended and Incorporated on 4/19/89
file number 2193946;

CASE NO.: 6:08-cr-177-ORL-98DAB

**JUDICIAL NOTICE;CLAIM OF RIGHTS**

Plaintiff;
v.

Angel Cruz, Individually,
Harry William Marrero, Individually;

Defendant.
_____/

## JUDICIAL NOTICE AND CLAIM OF RIGHTS

### AUTHORITIES

Know All Men By These Presents In Commerce, that in accord with, and in substantial compliance with Ancient Custom, Law, Statute, Rules, Regulations, Public Policy, and all other applicable International Treaties, including, but not limited to, the Uniform Commercial Code as adopted and enacted en toto; and the rules, regulations, bylaws, and Constitution of THE UNITED CITIES GROUP, INC., Please take notice that should a conflict arise between any of the above said authorities, the rules regulations, bylaws, and the Constitution of THE UNITED CITIES, GROUP, INC will control. The Party identified below hereby gives notice to all whom it may concern of the claims and demands made herein, and perform the following acts herewith, as follows, to wit:

## NOTICE TO ALL PARTIES

Comes now Angel Cruz©, in commerce, a natural, flesh and blood man, competent and of lawful age and for himself and no others; and Harry William Marrero©, in commerce, a natural, flesh and blood man, competent and of lawful age and for himself and no others and which by way of this document hereby gives notice to all whom it may concern, that he/they hereby challenges the Indictment made against him/them by way of Special Appearance in the above entitled action, reserving all rights and admitting to no jurisdiction of any kind whatsoever, whomsoever, wheresoever. Please take notice that hereinafter, Angel Cruz©, shall be referred to as Mr. Cruz; Harry William Marrero©, shall be referred to as Mr. Marrero.

## CLAIM OF RIGHTS

Mr. Cruz and Mr. Marrero hereby gives notice to this court, and to all whom it may concern, that at all times material to this matter, or to any matter connected to, or arising here from; and under any and all circumstances whatsoever, he/they claims the rights, powers and protections to which they are entitled by way of, and pursuant to the authorities invoked above; and waives none of them for any cause or reason.

Mr. Cruz and Mr. Marrero hereby claims and invokes the powers and protections of the United States Constitution, Annotated, and the Florida State Constitution, Annotated.

Mr. Cruz and Mr. Marrero hereby claims and invokes the powers and protections of Anastasoff vs. US, cited as Anastasoff vs. US, 223 F3d, 898 (Vacated as moot at Anastasoff vs. US, 235 F3d, 1054), especially as this decision relates to and describes the ancient custom, historical underpinnings and the foundation of the Doctrine of Precedent and to which he is entitled by way of the authorities invoked above.

Mr. Cruz and Mr. Marrero hereby claims and invokes the powers and protections of Haines vs. Kerner, cited as Haines vs. Kerner, 404 US 519, and of Platsky vs. CIA, cited as Platsky vs. CIA, 953 F2d, 25, especially as it relates to and describes the standards as to pleadings and other legal writings submitted by litigants In Propria Persona; the rights of litigants

In Propria Persona to submit evidence to the court for adjudication; and where the court dismisses any such pleading or writing, the duty of the court to provide to any such litigant, sua sponte, curative instructions and leave to refile.

Mr. Cruz and Mr. Marrero hereby claims and invokes the powers and protections of Due Process, as that term has meaning in law and statute, to demand of this court that it include findings of fact, and conclusions of law, in support of any opinion or order issued by the court in this matter.

Mr. Cruz and Mr. Marrero hereby claims and invokes the powers and protections of the Statutes of Fraud, Annotated, especially as they relate to and describe the requirements as to the rubric for the validation and the verification of debt.

## DECLARATIONS

Mr. Cruz and Mr. Marrero hereby gives notice to this court, and to all whom it may concern, that at all times material to this matter, or to any matter connected to, or arising therefrom, and under any and all circumstances whatsoever, that they claim non-corporate status.

Mr. Cruz and Mr. Marrero hereby gives notice to this court, and to all whom it may concern, that at all times material to this matter, or to any matter connected to, or arising therefrom, and under any and all circumstances whatsoever, that they claim domicile in Florida.

Mr. Cruz hereby gives notice to this court, and to all whom it may concern, that at all times material to this matter, or to any matter connected to, or arising therefrom, and under any and all circumstances whatsoever, that he claims his name is Angel Cruz©.

Mr. Marrero hereby gives notice to this court, and to all whom it may concern, that at all times material to this matter, or to any matter connected to, or arising therefrom, and under any and all circumstances whatsoever, that he claims his name is Harry William Marrero©.

Mr. Cruz respectfully reminds the court that this is an administrative matter in commerce and therefore subject to the authorities invoked above and elsewhere in the record.

Done and executed this __12__ day of __September__, __2008__ A.D. at _____, in the County of __Osceola__, Florida.

Respectfully Submitted,

_/s/ Angel Cruz© UCC 1.308_
Angel Cruz©, UCC 1.308
as Authorized Representative,
147 Alhambra Circle, Suite 100
Coral Gables, FL 33134