# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO.: 6:08-cr-177-ORL-98DAB
aka/ U.S.A.
UNITED STATES OF AMERICA, INC,
a nonprofit Delaware Corporation,
amended and Incorporated on 4/19/89
file number 2193946;        **NOTICE OF LODGEMENT**

Plaintiff;
v.

Angel Cruz, Individually,
Harry William Marrero, Individually;

Defendants,
_____/

## AUTHORITIES

Know All Men By These Presents In Commerce, that in accord with, and in substantial compliance with Ancient Custom, Law, Statute, Rules, Regulations, Public Policy, and all other applicable International Treaties, including, but not limited to, the Uniform Commercial Code as adopted and enacted en toto; and the rules, regulations, bylaws, and Constitution of THE UNITED CITIES GROUP, INC., Please take notice that should a conflict arise between any of the above said authorities, the rules regulations, bylaws, and the Constitution of THE UNITED CITIES, GROUP, INC will control. The Party identified below hereby gives notice to all whom it may concern of the claims and demands made herein, and perform the following acts herewith, as follows, to wit:

### NOTICE OF LODGEMENT

Comes now Angel Cruz©, in Propria Persona, in commerce, for himself and for no others and does by way of this document hereby give notice to all whom it may concern that he hereby

U.S.A vs. Cruz, et.al.
Administrative Notice and Demand for Identification
Document No.: 010908-8
Page 1 of 2

lodges into the record of this matter the following Security Agreement, Common Law Copyright, Power of Attorney, and Hold harmless and Indemnity Agreement in the above entitled action admitting herein to no jurisdiction of any kind whatsoever as to this matter.

//

//


//

//

Wherefore, Mr. Cruz, individually hereby demands of the Court that it hold in abeyance any further actions it may take in the instant matter for purposes of obtaining full disclosure of identification and determining under what authority, office, and capacity the Recipients appears to approach the presenter have been dealt with on the record.


Respectfully Submitted,


Angel Cruz©, UCC 1.308
as Authorized Representative,
147 Alhambra Circle, Suite 100
Coral Gables, Florida 33134

U.S.A vs. Cruz, et.al.
Administrative Notice and Demand for Identification
Document No.: 010908-8
Page 2 of 2

This instrument prepared by:
Angel Cruz
c/o Law Offices of Paul B. Woods
9400 S. Dadeland Blvd
Penthouse 5
South Dadeland Towers
Miami, FL 33156-7852



CFN 2008R0673496
OR Bk 26527 Pgs 2693 - 2740; (48pgs)
RECORDED 08/15/2008 13:44:36
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

# NOTICE OF LODGEMENT

Please take notice that the documents Attached hereto as "Exhibits A" AND "Exhibits B" in the matter of The United Cities Group, Inc., a duly formed and executed commercial and corporate entity, verses Bank of America and any other private or government sponsored agency that operates in violation of the Law of the land in breach and violation of their duties to the corporate person identified above as The United Cities Group, Inc., as those duties are detailed in the Act of Congress establishing the Federal Reserve Bank, case law, the doctrine of precedent, and the Doctrine of Stare Decisis, has been recorded on the Official Records in the Clerk of Court in Miami-Dade County, Florida pursuant to section 28.222(3)(a), Florida Statutes ... notices or claims lien, notices of levy,...claims against real or personal property. (3)(b) including notices of an action pending in a United States court having jurisdiction in this state,

In addition to the provisions of Ch. 28, F.S., s. 695.11, F.S., requires that:

All instruments which are authorized or required to be recorded in the office of the clerk of the circuit court of any county in the State of Florida, and which are to be recorded in the "Official Records" as provided for under s. 28.222, ... shall be deemed to have been officially accepted by the said officer, and officially recorded, at the time he affixed thereon the consecutive official register numbers required under s. 28.222, and at such time shall be notice to all persons. The sequence of such official numbers shall determine the priority of recordation. An instrument bearing the lower number in the then current series of numbers shall have priority over any instrument bearing a higher number in the same series.

The United Cities Group, Inc hereby attests to the accuracy of the statements in this document and all attachments.

48/9



**EXHIBIT A**

**OFFICIAL FILING FOR ANGEL CRUZ**



1. **SECURITY AGREEMENT- 10 PAGES**

2. **COMMON LAW COPYRIGHT AND SECURITY AGREEMENT- 4 PAGES**

3. **POWER OF ATTORNEY- 3 PAGES**

4. **HOLD HARMLESS AND INDEMNITY AGREEMENT- 5 PAGES**



# SECURITY AGREEMENT
## NON-NEGOTIABLE

Know All Men By These Presents, that Angel Cruz Duran©, a live natural male, in commerce, and substantially in accord with, and pursuant to, Ancient Custom, Law, Statute, Rules, Regulations, Public Policy, and any and all applicable International Treaties appertaining hereto, specifically, and including, but not limited to, the Uniform Commercial Code as adopted and enacted en toto, and the rules, regulations, bylaws, and the Constitution of THE UNITED CITIES GROUP, INC, (Please take notice that should a conflict arise between any of the above said authorities, the rules, regulations bylaws, and the Constitution of THE UNITED CITIES GROUP, INC., will control), does hereby give notice to all whom it may concern of the following acts:

This Security Agreement is made and entered into this 24th day of July 2008 A.D., by and between ANGEL CRUZ DURAN©, an ens legis entity, as the DEBTOR, and hereinafter referred to as the "DEBTOR", SOCIAL SECURITY NUMBER 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, and the Live Natural Male, Angel Cruz Duran©, as the Secured Party, and hereinafter referred to as the "Secured Party". To all whom it may concern, please take notice as to the following: If any part or portion of this Security Agreement is found to be invalid or unenforceable, such part or portion shall not void any other part or portion as can reasonably be considered to be segregable from the said part(s) or portion(s) of this agreement. The Parties hereto, hereinafter referred to as "Parties," are identified as follows:

**THE DEBTOR:**

ANGEL CRUZ DURAN©
147 Alhambra Circle, Suite 100
Coral Gables, Florida 33134
SOCIAL SECURITY ACCOUNT NUMBER 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

**The Secured Party:**

Angel Cruz Duran©
c/o 147 Alhambra Circle, Suite 100,
Coral Gables, Florida State
united States of America

NOW, THEREFORE, the Parties hereto agree as follows:

## AGREEMENT
In consideration for the Secured Party providing certain accommodations to the DEBTOR, *inter alia*, to the Secured Party:

1. Constituting the source, origin, substance, and being, i.e. the basis of the "pre-existing claim," from which the existence of the DEBTOR was derived; and on the basis of which

the DEBTOR is able to function as a transmitting utility to conduct Commercial Activity as a conduit for the transmission of goods and services to the Secured Party, and to interact, contract, and exchange goods, services, obligations, and liabilities with other such debtors, corporations, and artificial persons in Commerce;

2. Signing by accommodation for the DEBTOR in all cases whatsoever wherein any signature of the DEBTOR is required;

3. Issuing a binding commitment to extend credit or for the extension of immediately available credit, whether or not drawn upon and whether or not a chargeback is provided for in the event of difficulties in collection;

4. Providing the security for payment of all sums due or owing, or to become due or owing, by the DEBTOR; and

5. Constituting the source of the assets, via the sentient existence, exercise of faculties, and labor of the Secured Party, that provide the valuable consideration sufficient to support any contract which the DEBTOR may execute or to which DEBTOR may be regarded as bound by any person whatsoever, the DEBTOR hereby confirms that this Security Agreement is a duly executed, signed, and sealed private contract entered into knowingly, intentionally, and voluntarily by the DEBTOR and the Secured Party, wherein and whereby the DEBTOR agrees as follows:

   a. The DEBTOR agrees to the entry of documentary information about the DEBTOR into the Commercial Registry; and

   b. Transfers and assigns to the Secured Party a security interest in the Collateral described herein below; and

   c. Agrees to be, act, and function in law and commerce, as the unincorporated, proprietary trademark of the Secured Party for the exclusive and discretionary use by the Secured Party in any manner that the Secured Party, by Sovereign and Unalienable Right, so elects.

## PUBLIC LAWFUL NOTICE

The filing of this Security Agreement into the Commercial Registry by the Parties hereto, does in fact constitute open, lawful, and public notice that:

1. The law, venue, and jurisdiction of this Security Agreement is the ratified, finalized, signed, and sealed private contract freely entered into by and between the DEBTOR and the Secured Party as registered herewith.

2. This Security Agreement is contractually complete herein and herewith and cannot be abrogated, altered, or amended, in whole or part, without the express, written consent of both the DEBTOR and the Secured Party.

3. The DEBTOR is the transmitting utility, and an unincorporated, proprietary trademark of the Secured Party, and all property of the DEBTOR is the secured property of the Secured Party.

4. Any unauthorized use of the DEBTOR in any manner that might influence, affect, pertain to, or be presumed to pertain to the Secured Party in any manner is expressly prohibited without the written consent of the Secured Party.

## FIDELITY BOND

Know All Men By These Presents, that the DEBTOR, ANGEL CRUZ DURAN©, hereby agrees to immediately establish a bond, upon execution and acceptance of this document, in favor of the Secured Party, Angel Cruz Duran©, said bond to be in the sum of the present Collateral Values up to the penal sum of One Hundred Billion United States Dollars (100,000,000,000.00), for the payment of which bond, well and truly made, the DEBTOR binds the DEBTOR and all heirs, executors, administrators, and third-party assigns of the DEBTOR, jointly and severally, by these presents herewith.

The terms and conditions of the above said bond are as follows: the Secured Party covenants to do certain things on behalf of the DEBTOR, as set forth in the above said Agreement, and the DEBTOR, with regard to conveying goods and services in Commercial Activity to the Secured Party, covenants to serve as a transmitting utility therefore and, as an assurance of fidelity, grants to the Secured Party a Security Interest in the herein below described Collateral.

This bond shall be in force and effect as of the date hereon and until the Surety for the DEBTOR, an ens legis entity, aka. ANGEL CRUZ DURAN©, is released from liability by the written order of the UNITED STATES GOVERNMENT and provided that the said Surety may cancel this bond and be relieved of further liability hereunder by delivering thirty (30) day written notice to the DEBTOR. No such cancellation shall affect any liability incurred or accrued hereunder prior to the termination of said thirty (30) day period. In such event of notice of cancellation, the DEBTOR agrees to reissue the bond before the end of the said thirty (30) day period for an amount equal to or greater than the above-stated value of this Security Agreement, unless the Parties hereto agree otherwise.

## INDEMNITY CLAUSE

The DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold the Secured Party harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses, hereinafter referred to as "Claim" or "Claims," which Claims include, without restriction, all legal costs, interests, penalties, and fines suffered or incurred by the Secured Party, in accordance with the personal guarantee of the Secured Party with respect to any loan or indebtedness of the DEBTOR, including any amount the DEBTOR might be deemed to owe to any creditor for any reason whatsoever.

The Secured Party shall promptly advise the DEBTOR of any Claim or Claims made against the DEBTOR; and shall provide the DEBTOR with full details of any said Claims, *inter alia*, by way of a copy of any such document, correspondence, suit, or action received by or served upon the Secured Party. The Secured Party shall fully cooperate with the DEBTOR, and/or all heirs, executors, administrators, and third-party assigns of the DEBTOR, in any discussion, negotiation, or other proceeding relating to any said Claims.

## OBLIGATIONS SECURED

The security interest granted herein secures any and all indebtedness and liability whatsoever of

 the DEBTOR to the Secured Party, whether direct or indirect, absolute or contingent, due or become due, now existing or hereafter arising, and however evidenced.

## COLLATERAL

The collateral to which this Security Agreement pertains, *inter alia*, consists of all of the herein below described personal and real property of the DEBTOR, now owned or hereafter, acquired by the DEBTOR, in which the Secured Party holds all interest. The DEBTOR retains possession and use, and rights of possession and use, of all of the said collateral; and all proceeds, products, accounts, and fixtures, and the Orders there from, are released to the DEBTOR.

Before any of the property itemized below can be disbursed, exchanged, sold, tendered, forfeited, gifted, transferred, surrendered, conveyed, destroyed, disposed of, or otherwise removed from the possession of the DEBTOR, the Dishonor Settlement Agreement Bill of Exchange Identified by Bond number RE 277965639 US, which is held by the Secured Party, must be satisfied in full and acknowledgment of the same completed. The above said collateral is described as follows:

1. All proceeds, products, accounts, and fixtures from crops, mine head, wellhead, with transmitting utilities, etc.;
2. All rents, wages, and income;
3. All land, mineral, water, and air rights;
4. All cottages, cabins, houses, and buildings;
5. All bank accounts, bank "safety" deposit boxes and the contents therein, credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;
6. All inventory in any source;
7. All machinery, either farm or industrial;
8. All boats, yachts, and water craft, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, *inter alia*: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;
9. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, *inter alia*: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;
10. All motor homes, trailers, mobile homes, recreational vehicles, house, cargo, and travel trailers, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, *inter alia*: all ancillary equipment, accessories, parts, service equipment, lubricants, and fuels and fuel additives;
11. All livestock and animals, and all things required for the care, feeding, use, and husbandry thereof;
12. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances;

13. All computers, computer-related equipment and accessories, electronically stored files or data, telephones, electronic equipment, office equipment and machines;

14. All visual reproduction systems, aural reproduction Systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, phonograph records, film, video and aural production equipment, cameras, projectors, and musical instruments;

15. All manuscripts, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;

16. All books and records of the DEBTOR;

17. All Trademarks, Registered Marks, copyrights, patents, proprietary data and technology, inventions, royalties, good will;

18. All scholastic degrees, diplomas, honors, awards, meritorious citations;

19. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever, of the DEBTOR;

20. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, blood and blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal image, and the descriptions thereof, and all other corporal identification factors, and said factors' physical counterparts, in any form, and all records, record numbers, and information pertaining thereto;

21. All biometrics data, records, information, and processes not elsewhere described, the use thereof; and the use of the information contained therein or pertaining thereto;

22. All Rights to obtain, use, request, or refuse or authorize the administration of, any food, beverage, nourishment, or water, or any substance to be infused or injected into, or affecting the body by any means whatsoever;

23. All Rights to request, refuse, or authorize the administration of; any drug, manipulation, material, process, procedure, ray, or wave which alters, or might alter the present or future state of the body, mind, spirit, or will by any means, method, or process whatsoever;

24. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, and any software, machinery, or devices related thereto;

25. All Rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, *inter alia*, cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, www, and all other methods of communication, energy transmission, and food or water distribution;

26. All Rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

27. All Rights to create, invent, adopt, utilize, or promulgate any system or means of currency, money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

28. All Rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile, free from requirement to apply for or obtain any government license or permission and free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period, so long as any required lease is currently paid or a subsequent three-day grace period has not expired;

29. All Rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any

government license, permit, certificate, or permission of any kind whatsoever;

30. All Rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

31. All Rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

32. All Rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgment of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition Government for redress of grievances, or petition any military force of the United States for physical protection from threats to the safety and integrity of person or property from either "public" or "private" sources;

33. All Rights to Keep and Bear Arms for self-defense of self, family, and parties entreating physical protection of person or property;

34. All Rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

35. All Rights to create documents of travel of every kind whatsoever, *inter alia*, those signifying diplomatic status and immunity as a free, independent, and Sovereign State-in-fact;

36. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, *i.e.* mind, body, soul, free will, faculties, and self;

37. All Rights to privacy and security in person and property, *inter alia*, all Rights to safety and security of all household or sanctuary dwellers or guests, and -all papers and effects belonging to the DEBTOR or to any household or sanctuary dwellers or guests, against governmental, quasi-governmental, *defacto* governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

38. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;

39. All intellectual property, *inter alia*, all speaking and writing;

40. All signatures and seals;

41. All present and future retirement incomes, and rights to such incomes, issuing from any of accounts belonging to or in favor of the DEBTOR;

42. All present and future medical and healthcare rights and rights owned through survivorship, from any of the accounts belonging to or in favor of the DEBTOR;

43. All applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, *inter alia*, all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, identifying marks,

image licenses or travel documents, materials, permits, registrations, and records and records numbers, and the like;

44. All library cards;

45. All credit, charge, and debit cards, and mortgages, notes, applications, card numbers, and associated records and information;

46. All credit of the DEBTOR;

47. All traffic citations/tickets;

48. All parking citations/tickets;

49. All court cases and judgments, past, present, and future, in any court whatsoever, and all bonds, orders, warrants, and other matters attached thereto or derived there from;

50. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts, and any storage boxes within which said items are stored;

51. All tax correspondence, filings, notices, coding, record numbers, and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;

52. All bank accounts, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, 401-K's, and the like;

53. All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds, and all records and records numbers, correspondence, and information pertaining thereto or derived there from;

54. All cash, coins, money, Federal Reserve Notes, and Silver Certificates;

55. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds, and all related storage facilities and supplies;

56. All products of and for agriculture, and all equipment, inventories, supplies, contracts, accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;

57. All farm, lawn, and irrigation equipment, accessories, attachments, hand-tools, implements, service equipment, parts, and supplies, and storage sheds and contents;

58. All fuel, fuel tanks, containers, and involved or related delivery systems;

59. All metal-working, woodworking, and other such machinery, and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, toolboxes, work benches, shops, and facilities;

60. All camping, fishing, hunting, and sporting equipment, and all special clothing, materials, supplies, and baggage related thereto;

61. All rifles and guns and related accessories, and ammunition and the integral components thereof;

62. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, and towers, and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;

63. All power-generating machines or devices, and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining or attached thereto;

All computers and computer Systems and the information contained therein, as well as all ancillary equipment, printers, and data compression or encryption devices and processes;

65. All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, and items related thereto;

66. All water wells and well-drilling equipment, and all ancillary equipment, chemicals, tools, and supplies;

67. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;

68. All building materials and prefabricated buildings, and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;

69. All communications and data, and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

70. All books, drawings, magazines, manuals, and reference materials regardless of physical form;

71. All artwork, paintings, etchings, photographic art, lithographs, and serigraphs, and all frames and mounts pertaining or affixed thereto;

72. All food, and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

73. All construction machinery and all ancillary equipment, supplies, materials, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;

74. All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

75. The Will of the DEBTOR;

76. All inheritances gotten or to be gotten;

77. All wedding bands and rings, watches, wardrobe, and toiletries;

78. All household goods and appliances, linen, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques;

79. All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired, and all books and records thereof and there from, all income there from, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

80. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, the DEBTOR, whether received or not received by the DEBTOR;

81. All telephone numbers;

82. Any property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of the DEBTOR.

## ADVISORY

All instruments and documents referenced and/or itemized above are accepted for value, with all related endorsements, front and back, in accordance with UCC § 3-419 and House Joint Resolution 192 of June 5, 1933. This Security Agreement is accepted for value, is property of the Secured Party, and not dischargeable in bankruptcy court as the property of the Secured Party is exempt from any third party levy. This Security Agreement supersedes all previous contracts or

...urity agreements between the DEBTOR and the Secured Party.

The DEBTOR agrees to notify all of the former creditors, would-be creditors of the DEBTOR, and any would-be purchasers of any herein-described Collateral, of this Security Agreement, and all such personages are expressly so noticed herewith.

This Security Agreement devolves on the heirs and assigns of the Secured Party, who are equally as authorized, upon taking title to this Security Agreement, as the Secured Party to hold and enforce said Security Agreement via non-negotiable contract, devise, or any lawful commercial remedy.

## DEFAULT

The following shall constitute the events of default hereunder:

1. Failure by the DEBTOR to pay any debt secured hereby when due.
2. Failure by the DEBTOR to perform any obligations secured hereby when required to be performed.
3. Any breach of any warranty by the DEBTOR contained in this Security Agreement.
4. Any loss, damage, expense, or injury accruing to Secured Party by virtue of the transmitting-utility function of the DEBTOR.

The Secured Party reserves the right to satisfy any judgment, lien, levy, debt, or obligation, whether unsecured, secured, or purported to be secured, against the DEBTOR by executing a Bill of Exchange against the Fidelity Bond registered herewith.

PLEASE TAKE NOTICE OF THE FOLLOWING MESSAGE:

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

Applicable to all Successors and Assigns

//
//
//
//
//
//
//
//
//
//
//

//
//
//
//



## SIGNATURES

The Secured Party hereby executes this Security Agreement certified and sworn on the unlimited liability of the Secured Party as true, correct, and complete, and accepts all signatures in accord with UCC § 3-419.

Done and executed this 24th day of July, 2007 A.D.,

at Miami, County of Miami - Dade, Florida.

For ANGEL CRUZ DURAN©, the Debtor

Angel Cruz Duran©, as Authorized Representative,
All Rights Reserved, UCC 1.308

For Angel Cruz Duran©, the Secured Party

Angel Cruz Duran©, as the Secured Party,
Real Party in Interest, and Principal,
All Rights Reserved, UCC 1.308

### Jurat of the Notary Public

As evidenced and attested to by the attachment below and hereto of my signature and seal, the above named signatory, whom is personally known to me, did in fact autograph, affirm, attest, and execute this document indicating it to be true, complete, and correct based upon the facts as presented therein.

July 24th, 2007
Date

3:53pm
Time

Dec 17, 2010
Date My Commission expires

Signature /Seal of the Notary Public

Security Agreement
Document No.: 072408-1 AC
Page 10 of 10





# Common Law Copyright and Security Agreement

Know All Men By These Presents, that Angel Cruz Duran©, a live natural male, in commerce, and substantially in accord with, and pursuant to, Ancient Custom, Law, Statute, Rules, Regulations, Public Policy, and any and all applicable International Treaties appertaining hereto, specifically, and including, but not limited to, the Uniform Commercial Code as adopted and enacted en toto and the rules, regulations, bylaws, and the Constitution of THE UNITED CITIES GROUP, INC, (Please take notice that should a conflict arise between any of the above said authorities, the rules, regulations bylaws, and the Constitution of THE UNITED CITIES GROUP, INC., will control), does hereby give notice to all whom it may concern of the following acts:

## Notice of Common Law Copyright

All Rights are hereby specifically reserved regarding the common-law copyright of the tradename/trademark, "ANGEL CRUZ DURAN©" including any and all derivatives and variations thereof in the spelling of the said tradenames/trademarks Copyrighted on or about 24TH of July 2008 A.D., by Angel Cruz Duran©. The said tradenames/trademarks,and copyright©, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of Angel Cruz Duran© as signified by the blue ink signature of the same, hereinafter referred to as the Secured Party. With the intent of being contractually bound, any Juristic Person, including but not limited to any agent, employee, heir, and/or successor in interest of any said Juristic Person, does hereby consent and agree by way of this Notice of Common Law Copyright, that neither said Juristic Person, including, but not limited to, any agent, employee, heir, and/or successor in interest of any said Juristic Person, shall display, nor otherwise use, in any other manner, the above said tradename/trademark, or the Notice of Common Law Copyright contained or described herein, nor any derivative thereof, nor any variation in the spelling of the above said tradename/trademark without the prior, express, written consent and acknowledgment of the Secured Party, as signified by the signature of the Secured Party appearing in blue ink. The Secured Party neither grants, nor implies, nor otherwise gives consent or permission for any such unauthorized use of the said tradename/trademark "ANGEL CRUZ DURAN©", and all such unauthorized use is strictly prohibited. The Secured Party is not now, nor has the Secured Party ever been, an accommodation party, nor a surety, for "ANGEL CRUZ DURAN©", an ens legis entity, nor for any such derivative thereof, nor for any such variation in the spelling of, the said tradename/trademark, nor for any other such juristic person, and is so indemnified and held harmless by the same pursuant to a Hold-harmless and Indemnity Agreement, identified as ACIA Number RE 277965639 US, done and executed the 24TH of July 2008 A.D., against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by the Debtor for any and every reason, purpose, and cause whatsoever.

## Self-executing Contract / Security Agreement in Event of Unauthorized Use



By way of this Notice of Common Law Copyright, any Juristic Person, including but not limited to any agent, employee, heir, and/or successor in interest of any said Juristic Person, hereinafter jointly and severally referred to as the "User," does hereby consent and agree that any use of "ANGEL CRUZ DURAN©", other than any authorized use as set forth above; constitutes unauthorized use and the trespass upon and of the copyrighted property of the Secured Party; and consequently contractually binds the User hereto by way of the Operation of Law. This Notice of Common Law Copyright, will by declaration become a Security Agreement wherein the User stands as the DEBTOR, and Angel Cruz Duran©, stands as the Secured Party. Upon any such declaration made and served upon the User, the User by way of this agreement: *(1)* grants the Secured Party a security interest in all of the property of the User; and interest in said property in the sum certain amount of $1,000,000.00 for each tradename/trademark used, and for each occurrence of use, violation, or infringement thereof, plus treble damages, plus costs for each such use, as well as for each and every use of any and all derivatives and variations thereof; (2) authenticates this Security Agreement wherein the User stands as DEBTOR and Angel Cruz Duran© stands as the Secured Party, and wherein the User pledges all of the property, i.e. all consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles of the User, and all interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing the contractual obligation of the User hereunder in favor of the Secured Party as damages for the unauthorized use of the copyrighted property belonging to the Secured Party; (3) consents and agrees with the filing of a UCC Financing Statement in favor of the Secured Party wherein the User is identified as the Debtor and Angel Cruz Duran© is the Secured Party; (4) consents and agrees that the said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with the filing of any continuation statement necessary for maintaining a perfected security interest in all of property and interest in the property pledged as collateral in the Security Agreement described above in paragraph "(2)" for the benefit of the Secured Party until the contractual obligation theretofore incurred by the User has been fully satisfied; (5) authorizes the filing of any UCC Financing Statement, as described above in paragraph "(3)," as well as in paragraph "(4)," and the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC filing office; (6) consents and agrees that any and all such filings described in paragraph "(4)" and "(5)" above are not, and may not be considered, bogus or fraudulent, and that the User will not claim that any such filing is bogus or fraudulent; (7) waives all defenses hereto; and (8) hereby appoints the Secured Party as the Authorized Representative for the User in all matters arising out of, or connected hereto, effective upon the default of the contractual obligations of the User as set forth below, and agreed to herein under the headings "Payment Terms" and "Default Terms", with full authorization and power granted to the Secured Party for engaging in any and all actions on behalf of the User including, but not limited to,

(9) the authentication of a record on behalf of the User, as the Secured Party will in the sole discretion of the Secured Party deem appropriate; and the User further consents and agrees that this appointment of the Secured Party as the Authorized Representative for the User is effective upon a default of this agreement, is irrevocable, and is coupled with a security interest as

scribed above; (10) The User further consents and agrees with all of the following additional terms of this Self-executing Contract/Security Agreement in Event of Unauthorized Use:

**Payment Terms**: In accordance with fees for the unauthorized use of "ANGEL CRUZ DURAN©" as set forth above, the User hereby consents and agrees that the User shall pay to the Secured Party, all unauthorized use fees as invoiced, in full, within ten (10) days of the date the said Invoice is served upon the User by the Secured Party.

**Default Terms**: In event of the non-payment in full of all unauthorized use fees by the User within ten (10) days of the date the Invoice as agreed herein, the User shall be deemed to be in default and: (a) all of the property of the User, and any interest in the property pledged as collateral by the User herein, as set forth in above in paragraph "(2)"; will immediately become the property of the Secured Party pursuant to the terms and conditions of this agreement; (b) the Secured Party is hereby appointed as the Authorized Representative of the User as set forth above in paragraph "(8)"; and; (c) the User does hereby consent and agree that the Secured Party may take possession of, as well as otherwise dispose of in any manner that the Secured Party in sole discretion shall deem appropriate, including, but not limited to, sale at auction at any time following a default by the User of the terms and conditions of this agreement; and (d) without further notice by the Secured Party, any and all of the former property and interest in the said property pledged herein as collateral by the User pursuant to the terms and conditions of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use," will be subject to liquidation and disbursement as the Secured Party, in sole discretion, shall deem appropriate.

**Terms for Curing Default**: Upon the event of default by the User, as set forth above under the heading "Default Terms", and irrespective of any and all of the former property and any interest in the property in the possession of, and/or disposed of by the Secured Party pursuant to the terms and conditions as authorized above under the heading of "Default Terms", the User may cure any such default as to the remainder of any former property and any interest in the above said property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by the Secured Party within twenty (20) days of date of the said default by payment in full of the above said Invoice.

**Terms of Strict Foreclosure**: Non-payment in full of all of the unauthorized use fees itemized in the said Invoice within the said twenty (20) day period for curing default as set forth above under the heading "Terms for Curing Default" will constitute the authorization by way stipulation on the part of the User of the immediate non-judicial strict foreclosure of, and upon, any and all of the remaining property and any interest in any of the said remaining property formerly pledged as collateral by the User pursuant to the terms and conditions of this agreement.

Any such property which is not then in the possession of, nor otherwise disposed of by the Secured Party upon expiration of the said twenty (20) day strict foreclosure period will be subject to collection and repossession by the Secured Party pursuant to the UCC Financing Statement and Security Agreement filed with the UCC filing office in this matter by the Owner



of Record, Angel Cruz Duran©.

Done and executed this _2 4_ day of _____July_____ , _2 0 0 8_ A.D.,

at _____Coral Gables_____ , County of _____Miami dle_____ , Florida.

_____
Angel Cruz Duran©, as the Secured Party,
Real Party in Interest, and Principal,
All Rights Reserved, UCC 1.308



# POWER OF ATTORNEY

Know All Men By These Presents, that Angel Cruz Duran© , a live natural male, in commerce, and substantially in accord with, and pursuant to, Ancient Custom, Law, Statute, Rules, Regulations, Public Policy, and any and all applicable International Treaties appertaining hereto, specifically, and including, but not limited to, the Uniform Commercial Code as adopted and enacted en toto, and the rules, regulations, bylaws, and the Constitution of THE UNITED CITIES GROUP, INC, (Please take notice that should a conflict arise between any of the above said authorities, the rules, regulations bylaws, and the Constitution of THE UNITED CITIES GROUP, INC., will control), does hereby give notice as to the following acts:

That I, **ANGEL CRUZ DURAN©** , the DEBTOR, a corporate and ens legis entity, as the undersigned, do hereby make, constitute and appoint **Angel Cruz Duran©** , the flesh and blood Male, a living soul, and the Secured Party Creditor in this matter pursuant to a duly authorized and executed Security Agreement dated the 24th day of July 2008 A.D., and further identified as Document No: RE 277965639 US as my true and lawful Attorney-in-Fact to act in my corporate capacity, place, and stead, as follows:

1. To ask, demand, request, file, sue, recover, register, collect and receive each and every sum of money, credit, account legacy, bequest, interest, dividend, annuity and demand which now is, or hereafter shall become due, owing, payable, or dischargable, belonging to, or accepted or claimed by me, or presented to the DEBTOR "ANGEL CRUZ DURAN©", (a corporate and ens legis entity entity) and to use and take any lawful and/or commercial means necessary for the recovery thereof by legal, commercial process, or otherwise, and to execute and deliver, receive a satisfaction, or release therefore, together with the right and power to settle, compromise, compound, discharge any claim, or initiate any administrative claim for damages and/or make any other necessary demands.

2. To exercise any or all of the following powers as to all kinds of personal property, private property, and any other property, goods, wares and merchandise, choses in action and other property in possession or where a security interest is established as to, or in other actions.

3. To secure by private registration the interest, or the security interest, in any or all property where necessary, to accept for value and to discharge any and all debts for fine, fee, or tax where necessary, to cause the commercial adjustment of any such account held open against the DEBTOR "ANGEL CRUZ DURAN©"; to use where necessary any Sight Drafts, Money Orders, or Bills of Exchange to finalize any of the above in my behalf.

4. To open any Checking accounts, to discharge any fines, fees, taxes and debts via adjustment and set-off.

5. To create, amend, supplement and or terminate any trust, or the RES created by the government and ratified or exercised in any manner by any other State.

6.   To request, retrieve, file, submit, or otherwise, any papers in my behalf for any matter



whether commercial, quasi-judicial, administrative, or otherwise and to sign my legal corporate and ens legis name as my act and deed, and to execute and deliver the same for any redress, remedy, claim, suit, or otherwise.

GIVING AND GRANTING, unto my said Attorney-in-fact full power and authority to do and perform each and every act and thing whatsoever requisite, necessary, or appropriate to be done, in and about all matters as fully to all intents and purposes as I might or could do if I was personally present, and hereby ratifying all that my Attorney-in-Fact shall lawfully do or cause to be done by virtue of these presents; the powers and authority hereby conferred upon my said Attorney-in-Fact shall be applicable to all real and private property, personal property and/or any interest therein now owned or hereinafter acquired by me in my corporate and/or ens legis capacity, and wherever situate, and as evidenced by the said duly executed and filed Security Agreement.

My said Attorney-in-Fact: **Angel Cruz Duran©** is empowered hereby to determine in her sole discretion the time, purpose for, and manner in which any power herein conferred upon her shall be exercised; and the conditions, provisions and covenants of any instrument(s) or document(s) which may be executed by her pursuant hereto; and in the acquisition or distribution of real, personal, or private property, my said Attorney-in-Fact shall have exclusive power to fix the terms or amounts thereof, for cash, funds, credit, affecting all property, including rights, titles, interest to same, and if on/for credit, with or without security. When the context so requires, the singular numbers includes the plural.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

The header



//
Done and executed this 24th day of _July_ , 2008 A.D.,

at _Miami_ , County of _Miami-Dade_ , Florida.


For ANGEL CRUZ DURAN©, the DEBTOR

Angel Cruz Duran©, as Authorized Representative,
All Rights Reserved, UCC 1.308


For Angel Cruz Duran©, the Secured Party

Angel Cruz Duran©, as the Secured Party,
Real Party in Interest, and Principal,
All Rights Reserved, UCC 1.308


# Jurat of the Notary Public

As evidenced and attested to by the attachment below and hereto of my signature and seal, the above named signatory, whom is personally known to me, did in fact autograph, affirm, attest, and execute this document indicating it to be true, complete, and correct based upon the facts as presented therein.

_July 24th, 2007_
Date

_Dec. 17, 2010_
Date My Commission expires

_3:08 pm_
Time

Signature /Seal of the Notary Public



VICTO-RENE ROBINSON
MY COMMISSION #DD622901
EXPIRES: DEC 17, 2010
Bonded through 1st State Insurance


Power of Attorney
Document No.: 072408-3 AC
Page 3 of 3

# HOLD HARMLESS AND INDEMNITY AGREEMENT

### Non-Negotiable and Private Between the Parties

Know All Men By These Presents, that Angel Cruz Duran©, a live natural male, in commerce, and substantially in accord with, and pursuant to, Ancient Custom, Law, Statute, Rules, Regulations, Public Policy, and any and all applicable International Treaties appertaining hereto, specifically, and including, but not limited to, the Uniform Commercial Code as adopted and enacted en toto and the rules, regulations, bylaws, and the Constitution of THE UNITED CITIES GROUP, INC, (Please take notice that should a conflict arise between any of the above said authorities, the rules, regulations bylaws, and the Constitution of THE UNITED CITIES GROUP, INC., will control), does hereby give notice to all whom it may concern of the following acts:

This Hold Harmless and Indemnity Agreement is made and entered into this 24th day of July 2008 A.D., by and between "ANGEL CRUZ DURAN©", an ens legis entity, as the DEBTOR, and hereinafter referred to as the "DEBTOR,". SOCIAL SECURITY ACCOUNT NUMBER SSN 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, and the Live Natural male, Angel Cruz Duran©, as the Secured Party, and hereinafter referred to as the "Secured Party". Please take notice as to the following: If any part or portion of this Security Agreement is found to be invalid or unenforceable, such part or portion shall not void any other part or portion as can reasonably be considered to be segregable from said part(s) or portion(s) of this agreement. The Parties hereto, hereinafter referred to as "Parties," are identified as follows:

The DEBTOR:

ANGEL CRUZ DURAN©
147 Alhambra Circle, Suite 100
Coral Gables, Florida 33134


The Secured Party:

Angel Cruz Duran
c/o 147 Alhambra Circle, Suite 100
Coral Gables, Florida State

NOW, THEREFORE, the Parties agree as follows:

   This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered into on this 24th day of July 2008 A.D., between the juristic person and ens legis entity aka: "ANGEL CRUZ DURAN©," and any and all derivatives and variations in the spelling of the said name, hereinafter jointly and severally referred to as the "DEBTOR," and the living, breathing, flesh

and blood male, known by the distinctive appellation Angel Cruz Duran©, hereinafter referred to as the "Secured Party."

     For valuable consideration the DEBTOR hereby expressly agrees and covenants, without benefit of discussion, and without division, that the DEBTOR holds harmless and undertakes the indemnification of the Secured Party from and against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on, the DEBTOR for any reason, purpose, and cause whatsoever. The DEBTOR does hereby and herewith expressly covenant and agree that the Secured Party shall not under any circumstance, nor in any manner whatsoever, be considered an accommodation party, nor a surety, for the DEBTOR.

### Defined; Glossary of Terms.

As used in this Hold Harmless and Indemnity Agreement, the following words and terms express the meanings set forth as follows, *non obstante:*

**Appellation.** In this Hold Harmless and Indemnity Agreement the term "appellation" means: A general term that introduces and specifies a particular term which may be used in addressing, greeting, calling out for, and making appeals of a particular living, breathing, flesh and-blood man or man.

**Conduit.** In this Hold Harmless and Indemnity Agreement the term "conduit" signifies a means of transmitting and distributing energy and the effects and/or produce of labor, such as goods and services, via the name, "ANGEL CRUZ DURAN©", also known by any and all derivatives and variations in the spelling of the said name of the DEBTOR except all derivatives and variations in the spelling of the name of Angel Cruz Duran©, the Secured Party.

**Debtor.** In this Hold Harmless and Indemnity Agreement the term "DEBTOR" means "ANGEL CRUZ DURAN©," also known by any and all derivatives and variations in the spelling of the said name excepting Angel Cruz Duran© and all derivatives and variations in the spelling of the name of Angel Cruz Duran ©.

**Derivative.** In this Hold Harmless and Indemnity Agreement the word "derivative" means coming from another; taken from something preceding; secondary; that which has not the origin in itself, but obtains existence from something foregoing and of a more primal and fundamental nature; anything derived from another.

**Ens legis.** In this Hold Harmless and Indemnity Agreement the term "ens legis" means a creature of the law; an artificial being, such as a corporation, considered as deriving its existence entirely from the law, as contrasted with a Angel Cruz Duran.

**Hold Harmless and Indemnity Agreement.** In this Hold Harmless and Indemnity Agreement the term "Hold Harmless and Indemnity Agreement" means this Hold Harmless and Indemnity Agreement Document No.: ACIA RE 277965639 US; this Hold Harmless and Indemnity Agreement may be amended and modified in accordance with the agreement of the parties signing hereunder, together with all attachments, exhibits, documents, endorsements, and schedules regarding this Hold Harmless and Indemnity Agreement when attached hereto by written consent of the Parties hereto. In this Hold-harmless and Indemnity Agreement the term "Angel Cruz Duran©" means the sentient, living, flesh and blood man identified by the

stinctive appellation Angel Cruz Duran© and all derivatives and variations in the spelling of the name Angel Cruz Duran©. All rights are reserved regarding the use of the autograph Angel Cruz Duran©, by way of Common Law Copyright (2008).

**Juristic person.** In this Hold Harmless and Indemnity Agreement the term "juristic person" means an abstract, legal entity, ens legis, such as a corporation, created by construct of law and considered as possessing certain legal rights and duties of a human being; an imaginary entity, such as DEBTOR, i.e. "ANGEL CRUZ DURAN© which, on the basis of legal reasoning, is legally treated as a human being for the purpose of conducting commercial activity for the benefit of a biological, living being, such as the Secured Party Angel Cruz Duran©.

## Please take Judicial Notice of the following:

=================================================================

"From the earliest times the law has enforced rights and exacted liabilities by utilizing a corporate concept - by recognizing, that is, juristic persons other than human beings. The theories by which this mode of legal operation has developed, has been justified, qualified, and defined are the subject matter of a very sizable library. The historic roots of a particular society, economic pressures, philosophic notions, all have had their share in the law's response to the ways of men in carrying on their affairs through what is now the familiar device of the corporation ------ Attribution of legal rights and duties to a juristic person other than man is necessarily a metaphorical process. And the none the worse for it. No doubt, 'Metaphors in law are to be narrowly watched.'" Cardozo, J., in Berkey v. Third Avenue R. Co., 244 N.Y. 84, 94. "But all instruments of thought should be narrowly watched lest they be abused and fail in their service to reason." See U.S. v. SCOPHONY CORP. OF AMERICA, 333 U.S. 795; 68 S.Ct. 855; 1948 U.S.

"Observation: A person has a property right in the use of his or her name which a person may transfer or assign." Gracey v. Maddin, 769 S.W. 2nd 497 (Tenn. Ct. App. 1989).

=================================================================

**Living, breathing, flesh-and-blood man.** In this Private Agreement the term "living, breathing, flesh-and-blood man means the Secured Party Angel Cruz Duran©, a sentient, living being, as distinguished from an artificial legal construct, ens legis, i.e. a juristic person created by construct of law.
*Non obstante.* In this Private Agreement the term *"non obstante"* means: Words anciently used in public and private instruments with the intent of precluding, in advance, any interpretation other than certain declared objects, purposes.



==================================================================

"There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." <u>CRUDEN v. NEALE</u>, 2 N.C. 338 (1796) 2 S.E. 70.

==================================================================

**Sentient, living, being.** In this Private Agreement the term "sentient, living being" means the Secured Party, Angel Cruz Duran©, a living, breathing, flesh-and-blood Gender, as distinguished from an abstract legal construct such as an artificial entity, an ens legis entity, a juristic corporation, partnership, association, and the like.

**Secured Party.** In this Hold Harmless and Indemnity Agreement the term "Secured Party" means Angel Cruz Duran© and all derivatives and variations in the spelling of the name of Angel Cruz Duran©

**Transmitting Utility.** In this Hold-harmless and Indemnity Agreement the term "transmitting utility" means a **'commercial transmitting utility,'** i.e., a conduit for all commercial presentments and matters passed to, or presented to, the DEBTOR, i.e. "ANGEL CRUZ DURAN©".

**UCC.** In this Hold Harmless and Indemnity Agreement the term "UCC" means Uniform Commercial Code.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//



//
//
//
//
//
//
//
//

This Hold Harmless and Indemnity Agreement No.: ACIA RE 277965639 US  is hereby duly executed this 24th of July, 2008 A.D.

The Secured Party Creditor accepts the signature of the Debtor in accord with UCC §§ 1-201(39), 3-401 (b).

For ANGEL CRUZ DURAN©, as the Debtor

Angel Cruz Duran©, as Authorized Representative,
All Rights Reserved, UCC 1.308

For Angel Cruz Duran©, as the Secured Party

Angel Cruz Duran©, as the Secured Party,
Real Party in Interest, and Principal,
All Rights Reserved, UCC 1.308

# Jurat of the Notary Public

As evidenced and attested to by the attachment below and hereto of my signature and seal, the above named signatory, whom is personally known to me, did in fact autograph, affirm, attest, and execute this document indicating it to be true, complete, and correct based upon the facts as presented therein.

July 24th, 2008
Date

Dec 17, 2010
Date My Commission expires

3:09 pm
Time

Signature /Seal of the Notary Public



VICTO-RENE ROBINSON
MY COMMISSION #DD822901
EXPIRES: DEC 17, 2010
Bonded through 1st State Insurance