UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO  DIVISION

UNITED STATES OF AMERICA

v.                                      Case No.  6:08-cr-177-Orl-35DAB

ANGEL CRUZ

## <u>STATUS REPORT</u>

The United States of America, by and through the undersigned Assistant

United States Attorney, hereby files this Status Report as ordered by this Court

on June 7, 2013 (Doc. 91) and states the following:

1.      On August 6, 2008, Angel Cruz was Indicted for Bank Fraud and

Conspiracy.  A warrant was obtained for Cruz's arrest based upon said

indictment.  At that time, Cruz was believed to be living in the Miami area.

Numerous attempts to locate Cruz in the Miami and Orlando area have been

fruitless.  It is believed that Cruz has fled to Cuba.

2.      On January 3, 2013, The United States Secret Service (USSS)

conducted an internet and law enforcement databases checks in an attempt to

locate Cruz with negative results.  Also, a check for border crossings was

conducted with negative results.

3.      It is believed that Cruz has fled to his birth country of Cuba to avoid prosecution in the United States.  The United States requests that this case remain in active status, as the evidence and witnesses are still available to prosecute this matter in the event Cruz is apprehended.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney


By:     *s/ Carlos A. Perez-Irizarry*
        Carlos A. Perez-Irizarry
        Assistant United States Attorney
        Florida Bar Number 0861251
        400 West Washigton Street, Suite 3100
        Orlando, Florida 32801
        Telephone:   (407) 648-7500
        Facsimile:   (407) 648-7643
        E-mail:      carlos.perez5@usdoj.gov