UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No.  6:08-cr-177-Orl-40TBS

ANGEL CRUZ

## STATUS REPORT

The United States of America hereby files this Status Report as ordered by this Court on December 3, 2018 (Doc. 97) and states the following:

1. On August 6, 2008, Angel Cruz was Indicted for Bank Fraud and Conspiracy. A warrant was obtained for Cruz's arrest based upon said indictment. At that time, Cruz was believed to be living in the Miami area. Numerous attempts to locate Cruz in the Miami and Orlando area have been fruitless.

2. In April 2017, The United States Secret Service (USSS) conducted internet and law enforcement database checks in an attempt to locate Cruz with negative results. Around the same time period, agents received information regarding a possible address in the central Florida area at which Cruz may have been residing. Agents responded to the address, conducted surveillance, and spoke to neighbors. Based upon their

investigative activity agents determined that Cruz was not residing at the address.

3.      In December 2018, agents conducted further internet and database checks and found no additional information regarding Cruz's whereabouts.

4.      It is likely that Cruz has fled to his birth country of Cuba to avoid prosecution in the United States.   While the United States and Cuba technically have an existing extradition treaty, this treaty has been in abeyance for decades.   Nonetheless, because the evidence and witnesses are still available to prosecute this matter in in the event Cruz is apprehended, the United States currently intends to prosecute the matter and requests that the matter remain open.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:     s/ Vincent S. Chiu
        Vincent S. Chiu
        Assistant United States Attorney
        Florida Bar Number 0084936
        400 West Washington Street
        Suite 3100
        Orlando, Florida 32801
        Telephone:   (407) 648-7500
        Facsimile:   (407) 648-7643
        E-mail:      vincent.chiu@usdoj.gov