**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

VS.                                                                  **CASE NO: 6:08-cr-177-Orl-40EJK**

**ANGEL CRUZ**
_____/

**ORDER**

This case is before the Court upon the government's Motion to Dismiss Indictment (Doc. 106). Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant Angel Cruz without prejudice. Upon review of the motion, it is hereby ORDERED that the motion is GRANTED and the Indictment is dismissed against Defendant Angel Cruz, in the above-captioned case, without prejudice. The Clerk of Court is DIRECTED to close the case as to Defendant Angel Cruz.

**DONE AND ORDERED** in Orlando, Florida on January 25, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record